# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cr-20107-SHL-2 |
| ) | |
| MARCULUS WALKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER REQUIRING GOVERNMENT TO RESPOND

Before the Court is a letter from Defendant Marculus Walker, in which he seeks early termination of his three-year term of supervised release, filed July 3, 2025. (ECF No. 100.) On November 20, 2023, the Court sentenced Walker to time served after he plead guilty to two counts of violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). (ECF No. 78 at PageID 259.) In addition, the Court sentenced Walker to three years of supervised release as to each count, to run concurrently. (Id. at PageID 260.)

Before the Court rules on Walker's request, the Government shall file on the docket a response with its position as to the request, and shall have fourteen days from the entry of this Order to do so.

**IT IS SO ORDERED,** this 15th day of July, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE