# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 23-20107 |
| | ) | |
| MARCULUS WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Before the Court is Defendant Marculus Walker's request for early termination of supervised release, filed July 3, 2025. (ECF No. 100.)   While the Court congratulates Mr. Walker for following the rules of supervision and doing well, early termination is not warranted at this time.   Please continue to follow the rules and make the necessary changes in your life. The request for early termination is **DENIED**.

**IT IS SO ORDERED,** this the 21st day of July, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE